**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**KEVIN J. URBINE,**<br><br>      **Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No.: 19-17901 PMM** |

**CERTIFICATE OF SERVICE**

  I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Amended Chapter 13 Plan was served upon the addresses listed below and upon all creditors and parties in interest by way of electronic means on May 22, 2020 and/or via first class mail on May 26, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

THOMAS A. CAPEHART on behalf of Creditor Santander Bank, N.A. - JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

REBECCA ANN SOLARZ on behalf of Creditor PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION - bkgroup@kmllawgroup.com

Kevin J. Urbine
43 Valley Road
Wyomissing, PA  19610

            **Hartman, Valeriano, Magovern & Lutz, P.C.**

      By: *s/Alyssa J. Merkey*
         1025 Berkshire Blvd., Suite 700
         Wyomissing, PA  19610
         610-779-0772

```
Label Matrix for local noticing        SANTANDER BANK, N.A.                  Santander Bank, N.A.
0313-4                                 450 Penn St                           c/o Thomas A. Capehart, Esq.
Case 19-17901-pmm                      Reading, PA 19602-1011                Gross McGinley LLP
Eastern District of Pennsylvania                                             33 S Seventh Street
Reading                                                                      Allentown, PA 18101-2418
Tue May 26 09:49:28 EDT 2020

Reading                                CAPITAL ONE BANK USA NA               (p)JPMORGAN CHASE BANK N A
United States Bankruptcy Court         PO BOX 30281                          BANKRUPTCY MAIL INTAKE TEAM
Office of the Clerk, Gateway Building  SALT LAKE CITY, UT 84130-0281         700 KANSAS LANE FLOOR 01
201 Penn Street, 1st Floor                                                   MONROE LA 71203-4774
Reading, PA 19601-4038

CSC Credit Services                    Chex Systems Inc.                     DIAMOND CU
Box 740040                             ATTN: Customer Relations              1600 MEDICAL DR
Atlanta, GA 30374-0040                 7805 Hudson Rd                        POTTSTOWN, PA 19464-3281
                                       Suite 100
                                       Woodbury, MN 55125-1703

(p)DISCOVER FINANCIAL SERVICES LLC     Discover Bank                         Equifax Information Services LLC
PO BOX 3025                            Discover Products Inc                 P.O. Box 740256
NEW ALBANY OH 43054-3025               PO Box 3025                           Atlanta, GA 30374-0256
                                       New Albany, OH  43054-3025

Experian                               Internal Revenue Service              JPMorgan Chase Bank, N.A.
Business Information Services          P.O. Box 7346                         s/b/m/t Chase Bank USA, N.A.
475 Anton Blvd.                        Philadelphia, PA 19101-7346           c/o Robertson, Anschutz & Schneid, P.L.
Costa Mesa, CA 92626-7037                                                    6409 Congress Avenue, Suite 100
                                                                             Boca Raton, FL 33487-2853

Midland Funding LLC                    PNC BANK MORTGAGE SERVIC              PNC Bank
PO Box 2011                            PO BOX 8703                           3232 Nemark Drive
Warren, MI 48090-2011                  Dayton, OH 45401-8703                 Miamisburg, OH 45342-5421

PNC Bank                               PNC Bank, N.A.                        PNC Mortgage
POB 1820                               3232 Newmark Drive                    c/o Alyk L. Oflazian, Esquire/KML Law Gr
Dayton, OH 45401-1820                  Miamisburg, OH 45342-5421             Ste. 5000 - BNY Mellon Indep. Center
                                                                             701 Market Street
                                                                             Philadelphia, PA 19106-1538

PNC Mortgage                           Pennsylvania Department of Revenue    SANTANDER BANK NA
c/o Rebecca A Solarz, Esquire          Bankruptcy Division, PO Box 280946    1130 Berkshire Boulevard
KML Law Group, P.C.                    Harrisburg PA 17128-0946              Wyomissing, PA 19610-1242
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

SANTANDER BANK NA                      SANTANDER CONSUMER                    Santander Bank, N.A.
PO BOX 12646                           8585 N STEMMONS FWY STE 1100-N        450 Penn Street
READING, PA 19612-2646                 Dallas, TX 75247-3822                 10-421-MC3
                                                                             Reading, PA 19602-1011

Santander Bank, N.A.                   Santander Bank, NA                    Trans Union
601 Penn Street                        c/o Thomas A. Capehart, Esq.          P.O. Box 1000
10-6438-FB7                            33 S. 7th Street, PO Box 4060         Chester, PA 19016-1000
Reading, PA 19601-3563                 Allentown, PA 18105-4060
```

| | | |
|---|---|---|
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Valerie Urbine<br>43 Valley Road<br>Reading, PA 19610-1955 | Wells Fargo Bank<br>2585 State Hill Rd<br>Reading, PA 19610-1817 |
| GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Kevin J. Urbine<br>43 Valley Road<br>Wyomissing Hills, PA 19610-1955 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE/BANK ONE CARD SERV<br>PO BOX 15298<br>WILMINGTON, DE 19850 | DISCOVER FINCL SVC LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 | (d)Discover Bank<br>P.O. Box 15316<br>Wilmington, DE 19850 |
| (d)JPMCB Card Service<br>301 North Walnut Street, Floor 09<br>Wilmington, DE 19801 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)PNC MORTGAGE, A DIVISION OF PNC BANK, NATI | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                   36 |