## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kevin J. Urbine | |
| Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 19-17901 PMM |
| Kevin J. Urbine | |
| Debtor(s) | |
| Scott Waterman | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which

was filed with the Court on or about **May 20, 2020, docket number 18**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant


June 2, 2020