**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | CHAPTER 13 |
| **KEVIN J. URBINE** | ) | |
| **Debtor** | ) | NO. 19-17901-ELF |
| | ) | |
| | ) | |
| SANTANDER BANK, N.A., | ) | |
| Movant/Objector | ) | OBJECTIONS TO CHAPTER 13 PLAN (Doc 6) |
| | ) | AND CONFIRMATION |
| vs. | ) | |
| | ) | |
| KEVIN J. URBINE | ) | |
| Respondent/Proponent | ) | |

**PRAECIPE TO WITHDRAW OBJECTIONS TO CHAPTER 13 PLAN AND CONFIRMATION, FILED BY SANTANDER BANK, N.A.**

AND NOW, this 4th day of June, 2020, Santander Bank, N.A., hereby requests to withdraw, without prejudice, it's Objections to the Debtor's Chapter 13 Plan and Confirmation which were filed on January 24, 2020 (Document #14).

Dated: June 4, 2020                    */s/ Thomas A. Capehart, Esquire*
                                        Thomas A. Capehart, Esquire
                                        Attorney for Santander Bank, N.A.
                                        Attorney I.D. No. 57440