**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    **KEVIN J. URBINE,**<br><br>                    **Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-17901 PMM** |

**ORDER**

    **AND NOW**, upon consideration of the Application for Compensation ("the Application")

filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper

service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

**2.**  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$6,175.65.**

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense

    pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C.

    §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,000.00,** which was paid by the

    Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed

    Chapter 13 Plan.

                    **BY THE COURT:**

                    *Patricia M. Mayer*
                    _____

                    **Patricia M. Mayer,**
Dated: 7/6/20      **United States Bankruptcy Judge**