United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin J. Urbine
       Debtor

Case No. 19-17901-pmm
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Jul 06, 2020
                      Form ID: pdf900   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db        +Kevin J. Urbine,   43 Valley Road,   Wyomissing Hills, PA 19610-1955
cr        +SANTANDER BANK, N.A.,   450 Penn St,   Reading, PA 19602,   UNITED STATES 19602-1011
cr        +Santander Bank, N.A.,   c/o Thomas A. Capehart, Esq.,   Gross McGinley LLP,
          33 S Seventh Street,   Allentown, PA 18101-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:
        GEORGE M. LUTZ   on behalf of Debtor Kevin J. Urbine glutz@hvmllaw.com,
         amerkey@hvmllaw.com;r49419@notify.bestcase.com
        REBECCA ANN SOLARZ   on behalf of Creditor   PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        THOMAS A. CAPEHART   on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com,
         ehutchinson@grossmcginley.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 5

EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>KEVIN J. URBINE,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 19-17901 PMM |
|---|---|

ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$6,175.65.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,000.00,** which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

Dated: 7/6/20

_Patricia M. Mayer_
_____
**Patricia M. Mayer,**
**United States Bankruptcy Judge**