| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-17901-PMM

Kevin J. Urbine
43 Valley Road
Wyomissing Hills  PA    19610

Petition Filed Date: 12/20/2019
341 Hearing Date: 02/04/2020
Confirmation Date: 06/25/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2020 | $1,200.00 | | 02/25/2020 | $1,200.00 | | 03/24/2020 | $1,200.00 | |
| 04/23/2020 | $100.00 | | 05/29/2020 | $100.00 | | 06/30/2020 | $100.00 | |
| 07/28/2020 | $675.00 | | | | | | | |

**Total Receipts for the Period: $4,575.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,575.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,000.00 | $3,556.80 | $1,443.20 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $4,602.50 | $0.00 | $4,602.50 |
| 2 | DISCOVER BANK »» 002 | Secured Creditors | $37.68 | $0.00 | $37.68 |
| 3 | SANTANDER BANK NA »» 003 | Mortgage Arrears | $6,137.13 | $0.00 | $6,137.13 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $9,319.35 | $0.00 | $9,319.35 |
| 5 | SANTANDER BANK NA »» 005 | Unsecured Creditors | $6,675.17 | $0.00 | $6,675.17 |
| 6 | DIAMOND FEDERAL CREDIT UNION »» 006 | Unsecured Creditors | $18,960.06 | $0.00 | $18,960.06 |
| 7 | UNITED STATES TREASURY (IRS) »» 007 | Priority Crediors | $133.35 | $0.00 | $133.35 |
| 8 | UNITED STATES TREASURY (IRS) »» 007 | Unsecured Creditors | $31.60 | $0.00 | $31.60 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $8,904.66 | $0.00 | $8,904.66 |
| 10 | PNC BANK NA »» 009 | Mortgage Arrears | $24,675.62 | $0.00 | $24,675.62 |

**Chapter 13 Case No. 19-17901-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,575.00 | Current Monthly Payment: | $690.00 |
| Paid to Claims: | $3,556.80 | Arrearages: | ($85.00) |
| Paid to Trustee: | $410.70 | Total Plan Base: | $41,060.00 |
| Funds on Hand: | $607.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.