UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Kevin J Urbine

        Debtor

Case No.: 19-17901
Adversary No.: ___
Chapter: 13
Judge: Patricia M Mayer

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:
PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:
PO Box 847051
Boston, MA 02284-7051

Date: 10/17/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                           Chapter #13
Kevin J Urbine                                   Case No. 19-17901
                                                 Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 17, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 17th day of October 2021.

*Melissa A. Epler*
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Kevin Urbine
43 Valley Rd
Reading, PA 19610

VIA ECF
Scott F Waterman
2901 Saint Lawrence Ave Ste 100
Reading, PA 19606

George M Lutz
glutz@hvmllaw.com