**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | CHAPTER 13 |
| **KEVIN J. URBINE** | ) | |
|     **Debtor** | ) | NO. 19-17901-ELF |
| | ) | |
| | ) | |
| SANTANDER BANK, N.A., | ) | |
|     Movant/Objector | ) | MOTION FOR STAY RELIEF |
| | ) | |
|     vs. | ) | |
| | ) | |
| KEVIN J. URBINE | ) | |
|     Respondent/Proponent | ) | |

**CERTIFICATION OF SERVICE**

    I, KELLIE RAHL-HEFFNER, attorney for Santander Bank, N.A., do hereby certify that on the 28th day of April 2022, a true and correct copy of Santander Bank's Motion for Relief from Stay, Proposed Order and Notice of Response Deadline and Hearing date on Motion was served on the following parties in this matter.

**SERVICE BY ELECTRONIC MAIL**:    Scott F. Waterman, Ch. 13 Trustee
                                                         United States Trustee
                                                         George M. Lutz, Esquire

**SERVICE BY 1ST CLASS MAIL:**
Kevin J. Urbine
43 Valley Road
Wyomissing Hills, PA  19610

                                                         */s/Kellie Rahl-Heffner, Esq.*
                                                         Kellie Rahl-Heffner, Esquire
                                                         Attorney for Movant
                                                         33 S. 7th Street, PO Box 4060
                                                         Allentown, PA  18105-4060
Date:  April 28, 2022                                    krhal-heffner@grossmcginley.com