**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | CHAPTER 13 |
| **KEVIN J. URBINE** | ) | |
| **Debtor** | ) | NO. 19-17901-PMM |
| | ) | |
| SANTANDER BANK, N.A., | ) | |
| Movant/Objector | ) | MOTION FOR STAY RELIEF |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN J. URBINE | ) | |
| Respondent/Proponent | ) | |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF**
**FROM AUTOMATIC STAY FILED BY SANTANDER BANK, N.A.**

AND NOW, this 18th day of May, 2022, Santander Bank, N.A., hereby requests to withdraw its Motion for Relief from the Automatic Stay which was filed on April 28, 2022 (Document #36).

Dated:  May 18, 2022                                                     Respectfully Submitted,

**GROSS MCGINLEY LLP**

*/s/Kellie Rahl-Heffner__*
Kellie Rahl-Heffner, Esq., PA Bar ID #200962
*Attorney for Santander Bank, N.A.*
33 S. 7th Street, PO Box 4060
Allentown, PA 18105
610-820-5450 (p); 610-820-6006 (f)
krahl-heffner@grossmcginley.com