| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17901-PMM

| | |
|---|---|
| Kevin J. Urbine | Petition Filed Date: 12/20/2019 |
| 43 Valley Road | 341 Hearing Date: 02/04/2020 |
| Wyomissing Hills  PA    19610 | Confirmation Date: 06/25/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $675.00 | | 06/03/2021 | $675.00 | | 07/06/2021 | $675.00 | |
| 08/03/2021 | $675.00 | | 08/30/2021 | $675.00 | | 09/29/2021 | $675.00 | |
| 11/01/2021 | $675.00 | | 12/06/2021 | $675.00 | | 01/03/2022 | $675.00 | |
| 02/03/2022 | $675.00 | | 03/07/2022 | $675.00 | | 03/29/2022 | $675.00 | |
| 05/02/2022 | $675.00 | | 05/31/2022 | $675.00 | | 06/29/2022 | $675.00 | |
| 07/25/2022 | $675.00 | | | | | | | |

**Total Receipts for the Period: $10,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,775.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,602.50 | $0.00 | $4,602.50 |
| 2 | DISCOVER BANK<br>»» 002 | Secured Creditors | $37.68 | $15.60 | $22.08 |
| 3 | SANTANDER BANK NA<br>»» 003 | Mortgage Arrears | $6,137.13 | $2,661.66 | $3,475.47 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $9,319.35 | $0.00 | $9,319.35 |
| 5 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $6,675.17 | $0.00 | $6,675.17 |
| 6 | DIAMOND FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $18,960.06 | $0.00 | $18,960.06 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 007 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $8,904.66 | $0.00 | $8,904.66 |
| 10 | PNC BANK NA<br>»» 009 | Mortgage Arrears | $24,675.62 | $10,701.79 | $13,973.83 |

**Chapter 13 Case No. 19-17901-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,775.00 | Current Monthly Payment: | $690.00 |
| Paid to Claims: | $18,379.05 | Arrearages: | $275.00 |
| Paid to Trustee: | $1,774.20 | Total Plan Base: | $41,060.00 |
| Funds on Hand: | $621.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.