**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**KEVIN J. URBINE,**<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 19-17901 PMM |

**CERTIFICATE OF SERVICE RE:**
**DEBTOR'S RESPONSE TO PNC BANK, NATIONAL ASSOCIATION'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

George M. Lutz, Esquire hereby states that on May 24, 2023 true and correct copies of the Debtor's Response to PNC Bank, National Association's Motion for Relief from Automatic Stay and the proposed Order were served on the Movant via ECF email to the following email addresses:

MICHAEL PATRICK FARRINGTON on behalf of Creditor PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION
mfarrington@kmllawgroup.com

and

BRIAN CRAIG NICHOLAS on behalf of Creditor PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**Dated: May 24, 2023**          Respectfully submitted,

                                            **Hartman, Valeriano, Magovern & Lutz, PC**

                      **by:**     /s/ George M. Lutz

                                              **George M. Lutz, Esquire**
                                              **1025 Berkshire Boulevard, Suite 700**
                                              **Wyomissing, PA  19610**
                                              **Pa. Attorney ID No.: 46437**
                                              **Attorneys for Debtor**