**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kevin J. Urbine<br>　　　　　　　　Debtor<br>Valerie A. Urbine<br>　　　　　　　　Co-Debtor | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　　Movant<br>　　　vs. | NO. 19-17901 PMM |
| Kevin J. Urbine<br>　　　　　　　　Debtor<br>Valerie A. Urbine<br>　　　　　　　　Co-Debtor | 11 U.S.C. Section 362 |
| Scott Waterman<br>　　　　　　　　Trustee | |

## **ORDER**

　　　　AND NOW, this _____ day of _____, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

　　　　The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge