## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin J. Urbine<br>　　　　Debtor<br>Valerie A. Urbine<br>　　　　Co-Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION<br>　　　　Movant<br>　vs.<br>Kevin J. Urbine<br>　　　　Debtor<br>Valerie A. Urbine<br>　　　　Co-Debtor<br><br>Scott Waterman<br>　　　　Trustee | CHAPTER 13<br><br>NO. 19-17901 PMM<br><br>11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this __11th__ day of __July__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge