Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-17901-PMM**

Kevin J. Urbine  
43 Valley Road  
Wyomissing Hills  PA    19610

Petition Filed Date: 12/20/2019  
341 Hearing Date: 02/04/2020  
Confirmation Date: 06/25/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $675.00 | | 09/27/2022 | $675.00 | | 10/26/2022 | $675.00 | |
| 11/29/2022 | $675.00 | | 01/04/2023 | $675.00 | | 01/30/2023 | $675.00 | |
| 02/28/2023 | $675.00 | | 03/28/2023 | $675.00 | | 05/01/2023 | $675.00 | |
| 05/30/2023 | $675.00 | | 06/30/2023 | $675.00 | | 08/01/2023 | $675.00 | |

**Total Receipts for the Period:  $8,100.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $28,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,602.50 | $0.00 | $4,602.50 |
| 2 | DISCOVER BANK<br>»» 002 | Secured Creditors | $37.68 | $15.60 | $22.08 |
| 3 | SANTANDER BANK NA<br>»» 003 | Mortgage Arrears | $6,137.13 | $4,140.06 | $1,997.07 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $9,319.35 | $0.00 | $9,319.35 |
| 5 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $6,675.17 | $0.00 | $6,675.17 |
| 6 | DIAMOND FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $18,960.06 | $0.00 | $18,960.06 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 007 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $8,904.66 | $0.00 | $8,904.66 |
| 10 | PNC BANK NA<br>»» 009 | Mortgage Arrears | $24,675.62 | $16,646.04 | $8,029.58 |

**Chapter 13 Case No. 19-17901-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,875.00 | Current Monthly Payment: | $690.00 |
| Paid to Claims: | $25,801.70 | Arrearages: | $455.00 |
| Paid to Trustee: | $2,449.20 | Total Plan Base: | $41,060.00 |
| Funds on Hand: | $624.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.