| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-17901-PMM**

| | |
|---|---|
| Kevin J. Urbine | Petition Filed Date: 12/20/2019 |
| 43 Valley Road | 341 Hearing Date: 02/04/2020 |
| Wyomissing Hills  PA    19610 | Confirmation Date: 06/25/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $675.00 | | 08/29/2023 | $675.00 | | 10/06/2023 | $675.00 | |
| 11/03/2023 | $675.00 | | 12/04/2023 | $675.00 | | 01/03/2024 | $675.00 | |
| 02/02/2024 | $675.00 | | 03/08/2024 | $675.00 | | 04/05/2024 | $675.00 | |
| 05/06/2024 | $675.00 | | 06/04/2024 | $675.00 | | 07/09/2024 | $675.00 | |

**Total Receipts for the Period: $8,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $36,975.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $4,602.50 | $0.00 | $4,602.50 |
| 2 | DISCOVER BANK »» 002 | Secured Creditors | $37.68 | $30.65 | $7.03 |
| 3 | SANTANDER BANK NA »» 003 | Mortgage Arrears | $6,137.13 | $5,713.81 | $423.32 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $9,319.35 | $0.00 | $9,319.35 |
| 5 | SANTANDER BANK NA »» 005 | Unsecured Creditors | $6,675.17 | $0.00 | $6,675.17 |
| 6 | DIAMOND FEDERAL CREDIT UNION »» 006 | Unsecured Creditors | $18,960.06 | $0.00 | $18,960.06 |
| 7 | UNITED STATES TREASURY (IRS) »» 007 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $8,904.66 | $0.00 | $8,904.66 |
| 10 | PNC BANK NA »» 009 | Mortgage Arrears | $24,675.62 | $22,973.65 | $1,701.97 |

**Chapter 13 Case No. 19-17901-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,975.00 | Current Monthly Payment: | $690.00 |
| Paid to Claims: | $33,718.11 | Arrearages: | $1,325.00 |
| Paid to Trustee: | $3,252.45 | Total Plan Base: | $41,060.00 |
| Funds on Hand: | $4.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.