United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17901-pmm |
| Kevin J. Urbine | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2025 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin J. Urbine, 43 Valley Road, Wyomissing Hills, PA 19610-1955 |
| 14510016 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd, Suite 700, Wyomissing, PA 19610-1284 |
| 14442275 | | PNC BANK MORTGAGE SERVIC, PO BOX 8703, Dayton, OH 45401-8703 |
| 14451120 | + | PNC Mortgage, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14442276 | + | PNC Mortgage, c/o Alyk L. Oflazian, Esquire/KML Law Gr, Ste. 5000 - BNY Mellon Indep. Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14442280 | + | Valerie Urbine, 43 Valley Road, Reading, PA 19610-1955 |
| 14442281 | + | Wells Fargo Bank, 2585 State Hill Rd, Reading, PA 19610-1817 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 26 2025 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 26 2025 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14442266 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2025 00:42:54 | CAPITAL ONE BANK USA NA, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14442267 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2025 00:42:57 | CHASE/BANK ONE CARD SERV, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 14442263 | ^ | MEBN | Mar 26 2025 00:28:08 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14442265 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 26 2025 00:32:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14442268 | + | Email/Text: bankruptcy@diamondcu.com | Mar 26 2025 00:31:00 | DIAMOND CU, 1600 MEDICAL DR, POTTSTOWN, PA 19464-3281 |
| 14442269 | | Email/Text: mrdiscen@discover.com | Mar 26 2025 00:31:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14442270 | | Email/Text: mrdiscen@discover.com | Mar 26 2025 00:31:00 | DISCOVER FINCL SVC LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 14445116 | | Email/Text: mrdiscen@discover.com | Mar 26 2025 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14442264 | | Email/Text: bankruptcycourts@equifax.com | Mar 26 2025 00:31:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14442261 | ^ | MEBN | Mar 26 2025 00:28:07 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14442271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 26 2025 00:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14442272 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2025 00:43:02 | JPMCB Card Service, 301 North Walnut Street, Floor 09, Wilmington, DE 19801-3971 |
| 14456920 | + | Email/Text: RASEBN@raslg.com | Mar 26 2025 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14467530 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2025 00:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14442274 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 00:31:00 | PNC Bank, 3232 Nemark Drive, Miamisburg, OH 45342 |
| 14442273 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 00:31:00 | PNC Bank, POB 1820, Dayton, OH 45401 |
| 14471597 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 00:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14447336 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14442278 | + | Email/Text: DeftBkr@santander.us | Mar 26 2025 00:31:00 | SANTANDER BANK NA, 1130 Berkshire Boulevard, Wyomissing, PA 19610-1242 |
| 14442277 | + | Email/Text: DeftBkr@santander.us | Mar 26 2025 00:31:00 | SANTANDER BANK NA, PO BOX 12646, READING, PA 19612-2646 |
| 14442279 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 26 2025 00:32:00 | SANTANDER CONSUMER, 8585 N STEMMONS FWY STE 1100-N, Dallas, TX 75247-3822 |
| 14452416 | + | Email/Text: DeftBkr@santander.us | Mar 26 2025 00:31:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 14452415 | + | Email/Text: DeftBkr@santander.us | Mar 26 2025 00:31:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 14453272 | ^ | MEBN | Mar 26 2025 00:28:50 | Santander Bank, NA, c/o Thomas A. Capehart, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14442262 | ^ | MEBN | Mar 26 2025 00:28:05 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2025     Signature:     /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Mar 25, 2025 | Form ID: 138OBJ | Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC MORTGAGE A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Kevin J. Urbine glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 61 − 60

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Kevin J. Urbine<br><br>　　Debtor(s). | Case No. 19−17901−pmm<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 25, 2025　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court