**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 13 |
| **KEVIN J. URBINE** | ) | No. 19-17901-PMM |
| **Debtor** | ) | |
| | ) | |
| SANTANDER BANK, N.A. | ) | MOTION FOR STAY RELIEF |
| Movant | ) | 43 Valley Road, Wyomissing, PA |
| vs. | ) | |
| | ) | |
| KEVIN J. URBINE | ) | |
| VALERIE A. URBINE | ) | **Hearing Date: <u>May 13, 2025</u>** |
| Respondents | ) | **Time:  <u>10:00 a.m.</u>** |
| | ) | **Courtroom # <u>4th Floor</u>** |

<u>**CERTIFICATION OF SERVICE**</u>

I, KELLIE RAHL-HEFFNER, attorney for Santander Bank, N.A., certify that on the 14th day of April, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Document 1: Santander Bank's Motion for Relief from Stay
Document 2: Proposed Order
Document 3: Notice of Motion, Response Deadline and In-Person Hearing Date

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

*/s/Kellie Rahl-Heffner, Esq.*
Kellie Rahl-Heffner, Esquire
Attorney for Movant
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
Date:  April 14, 2025                    krahl-heffner@grossmcginley.com

**MAILING LIST EXHIBIT:**

Scott F. Waterman
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
Chapter 13 Trustee
**VIA:  CM/ECF**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
**VIA:  CM/ECF**

George M. Lutz, Esquire
1025 Berkshire Blvd, Suite 700
Wyomissing, PA 19610
Debtor's Counsel
**VIA:  CM/ECF**

Kevin J. Urbine
Valerie A. Urbine
43 Valley Road
Wyomissing Hills, PA 19610
DEBTOR
**VIA: First Class Mail**