**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 13 |
| **KEVIN J. URBINE** | ) | No. 19-17901-PMM |
| **Debtor** | ) | |
| | ) | |
| SANTANDER BANK, N.A. | ) | MOTION FOR STAY RELIEF |
| Movant | ) | 43 Valley Road, Wyomissing, PA |
| vs. | ) | |
| | ) | |
| KEVIN J. URBINE | ) | |
| VALERIE A. URBINE | ) | Hearing Date: **May 13, 2025** |
| Respondents | ) | Time:  **10:00 a.m.** |
| | ) | Courtroom # **4th Floor** |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY**
**FILED BY SANTANDER BANK, N.A.**

AND NOW, this 7th day of May, 2025, Santander Bank, N.A., hereby requests to withdraw, without prejudice, it's Motion for Relief from the Automatic Stay which was filed on April 14, 2025 (Document #66).

Dated: May 7, 2025                          */s/ Kellie Rahl-Heffner, Esquire*
                                            Kellie Rahl-Heffner, Esquire
                                            Attorney for Santander Bank, N.A.
                                            Attorney I.D. No. 200962